IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WALLACE PAUL GEORGE, | ) | 1:08cv1928 DLB |
| | ) | |
| | ) | |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

     On December 17, 2008, Plaintiff, proceeding pro se and in forma pauperis, filed the present action for judicial review of the denial of Social Security benefits. On December 18, 2008, the Court issued summons along with instructions for completing and returning service documents to allow service by the United State Marshal. Plaintiff did not return the service documents and instead attempted service himself.

     On April 20, 2009, Plaintiff filed a return of service indicating that he served summons by standard mail. There is no indication as to the people or entities served. Plaintiff's service was improper and Defendant has therefore not appeared in the action.

     Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why the action should not be dismissed for failure to properly serve the complaint. Plaintiff may comply with this order by

1

filing a proof of service indicating that the complaint and summons were properly served. Plaintiff is advised of Federal Rule of Civil Procedure 4(i), which provides as follows:

    (i) Serving the United States and Its Agencies, Corporations, Officers, or Employees.

        (1) United States. To serve the United States, a party must:

        (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought--or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk--or

            (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

        (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

        (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Plaintiff is ordered to file a response, or properly executed return of service, within **thirty (30) days** of the date of service of this order. <u>Failure to do so will result in a recommendation that this action be dismissed for failure to follow the Court's orders.</u>

IT IS SO ORDERED.

    **Dated:**   **July 30, 2009**                /s/ **Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE