IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLACE PAUL GEORGE, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>)<br>Defendant. )<br>_____ ) | 1:08cv1928 DLB<br><br>ORDER DISCHARGING ORDER<br>TO SHOW CAUSE<br>(Document 7)<br><br>ORDER GRANTING PLAINTIFF<br>THIRTY DAYS TO COMPLETE<br>SERVICE |

On December 17, 2008, Plaintiff, proceeding pro se and in forma pauperis, filed the present action for judicial review of the denial of Social Security benefits.

On July 31, 2009, the Court issued an Order to Show Cause why the action should not be dismissed for Plaintiff's failure to properly serve the complaint pursuant to Federal Rule of Civil Procedure 4(i).

Plaintiff filed his response on July 31, 2009. In his response, he attached documentation showing that he properly served the Attorney General and Social Security Administration, Office of General Counsel, by certified mail on April 17, 2009. The documentation also shows that service was accepted by both entities on April 21, 2009.

1

However, and perhaps based on erroneous information, Plaintiff improperly served the United States District Attorney for the Eastern District of California by using standard mail, rather than certified or registered mail.  Rule 4(i)(1)(A) states that service on the United States attorney for the district where the action is brought must be made either personally or by registered/certified mail.

Plaintiff has demonstrated that he has properly served two of the three necessary entities and earnestly attempted service on the third.  Therefore, the Court DISCHARGES the Order to Show Cause.

Plaintiff will be granted an additional thirty (30) days to complete service on the United States Attorney for the Eastern District of California by certified or registered mail.

IT IS SO ORDERED.

Dated: **September 4, 2009**         **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

2