IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLACE PAUL GEORGE,              ) | 1:08cv1928 DLB |
| ) | |
| )  | ORDER REGARDING PLAINTIFF'S |
| )  | REQUEST FOR CLARIFICATION |
| Plaintiff,               ) | |
| )  | (Document 26) |
| vs.                         ) | |
| )  | |
| COMMISSIONER OF SOCIAL  ) | |
| SECURITY,                        ) | |
| )  | |
| )  | |
| Defendant.               ) | |
| _____) | |

    On December 17, 2008, Plaintiff, proceeding pro se and in forma pauperis, filed the present action for judicial review of the denial of Social Security benefits.

    On May 3, 2010, the Court issued an order to show cause to Plaintiff for his failure to file an opening brief.  On May 25, 2010, Plaintiff requested an extension of time from the Court.  However, on May 24, 2010, Plaintiff filed his opening brief.  The order to show cause was therefore discharged and the Court denied the request for an extension of time as moot, or unnecessary, on May 27, 2010.

    On June 21, 2010, Plaintiff filed a request for clarification of the Court's May 27, 2010, order.  He appears to believe that he was penalized in some way by the Court's denial of the request for an extension of time as moot.

1

1  The order did not penalize Plaintiff in any way.  Rather, it addressed the request and denied it
2  as unnecessary because Plaintiff had already filed his opening brief.  The Court accepted the opening
3  brief and this action is proceeding.  In fact, Defendant filed his opposition to the opening brief on
4  June 23, 2010.
5  IT IS SO ORDERED.
6  **Dated:   June 23, 2010**               /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

2